DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO MONTES-SOTELO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIO MONTES-SOTELO, <br><br> Defendant. | No. 2:08-cr-00372 MCE <br><br> STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME <br><br> Date:  October 16, 2008 <br> Time:  9:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel J. McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's October 16, 2008, calendar, that it be continued until October 29, 2008, at 9:00 a.m., and that time be excluded between October 16, 2008, and October 29, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought due to a period of unavailability of counsel, and the need for counsel to consult with Mr. Montes-Sotelo regarding alternative courses of action, and to consider a resolution of the case under terms recently presented by government counsel.

**IT IS SO STIPULATED.**

Dated: October 14, 2008                                    /s/ Daniel J. Mcconkie
                                                                              DANIEL J. McCONKIE
                                                                              Assistant United States Attorney
                                                                              Counsel for Plaintiff

Dated:  October 14, 2008                                   /s/ Jeffrey L. Staniels
                                                                              Jeffrey L. Staniels
                                                                              Assistant Federal Defender
                                                                              Counsel for Defendant
                                                                              MARIO MONTES-SOTELO

**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE