DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO MONTES-SOTELO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIO MONTES-SOTELO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:08-cr-00372-MCE <br><br> STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME <br><br> Date:  October 29, 2008 <br> Time:  9:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel J. McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's October 29, 2008, calendar, that it be continued until November 20, 2008, at 9:00 a.m., and that time be excluded between October 29, 2008, and November 20, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

///

///

This continuance is sought due to a period of unavailability of counsel or his interpreter, and the need for counsel to consult with Mr. Montes-Sotelo regarding alternative courses of action, and to consider a resolution of the case under terms recently presented by government counsel.

**IT IS SO STIPULATED.**

Dated: October 28, 2008          /s/ Daniel J. Mcconkie
DANIEL J. McCONKIE
Assistant United States Attorney
Counsel for Plaintiff

Dated: October 28, 2008          /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
MARIO MONTES-SOTELO

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 28, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE