DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO MONTES-SOTELO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00372-MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| | ) | |
| MARIO MONTES-SOTELO, | ) | |
| Defendant. | ) | Date:  November 20, 2008 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England, Jr. |


**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel J. McConkie, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's November 20, 2008, calendar, that it be continued until December 18, 2008, at 9:00 a.m., and that time be excluded between November 20, 2008, and December 18, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

     This continuance is sought due to a period of unavailability of counsel, and the need for counsel to consult further with Mr. Montes-Sotelo regarding alternative courses of action, and to consider a resolution of the case under terms recently presented by government counsel.

1       **IT IS SO STIPULATED.**

2

3    Dated: November 17, 2008       /s/ Daniel J. Mcconkie

4                                   DANIEL J. McCONKIE
                                     Assistant United States Attorney

5                                   Counsel for Plaintiff

6

7    Dated:  November 17, 2008       /s/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels

8                                   Assistant Federal Defender
                                   Counsel for Defendant

9                                   MARIO MONTES-SOTELO

10                         **O R D E R**

11

12       **IT IS SO ORDERED.**

13

14    Dated:  November 19, 2008

15

16                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE